UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
:
AMERICAN CIVIL LIBERTIES UNION et al.,                      :
:
Plaintiffs,                        :
:                       26-cv-2749 (LJL)
-v-                                 :                       26-cv-3746 (LJL)
:
DEPARTMENT OF JUSTICE,                                      :                       ORDER
:
Defendant.                         :
:
--------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2026

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in these related matters on May 22, 2026.  This Order reflects the Court's oral rulings.

The parties shall submit a joint letter on the status of the case by 5 p.m. on June 9, 2026. Defendant have until June 10, 2026 to answer the complaints in both cases.  The Court will hold a telephonic status conference with the parties on June 11, 2026, at 4:00 p.m.  The parties are instructed to dial 646-453-4442 and input access code 358639322.

The Clerk of Court is respectfully requested to close Dkt. No. 18 in 26-cv-2749.

SO ORDERED.

Dated: May 22, 2026
New York, New York                           _____
LEWIS J. LIMAN
United States District Judge