USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

AMERICAN CIVIL LIBERTIES UNION, et al.,

Plaintiffs,

-v-

DEPARTMENT OF JUSTICE,

Defendant.

---------------------------------------------------------------------X

26-cv-2749 (LJL)
26-cv-3746 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter yesterday, October 8, 2026. This order memorializes the Court's rulings:

Plaintiffs are directed to file any letter motion requesting a schedule or rate for the production of documents by the Department of Justice no later than October 14, 2026. The Department of Justice will respond no later than October 19, 2026. *See Rolling Stone LLC v. Dep't of Just.*, 2024 WL 3862521, at *3 (S.D.N.Y. Aug. 19, 2024) ("[A] court has the power to ensure that the agency is not delaying the processing and production of records in response to a FOIA request.").

The Court will hold a telephonic conference on October 20, 2026 at 9:30 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID # 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge