AMERICAN CIVIL LIBERTIES UNION FOUNDATION

**Gitanjali S. Gutierrez**
Senior Counsel
Capital Punishment Project
Trone Center of Justice and Equality

**By ECF**
Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

October 14, 2026

**Re:** ***American Civil Liberties Union, et al., v. Department of Justice*, 26 Civ. 2749 (LJL);**
***American Civil Liberties Union, et al., v. Department of Justice*, 26 Civ. 3746 (LJL)**

Dear Judge Liman:

The Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (collectively the "**Plaintiffs**" or the "**ACLU**") brought the above-referenced related cases pursuant to the Freedom of Information Act ("**FOIA**"), 5 U.S.C. § 522 against the Department of Justice, including its components the Office of the Attorney General and Office of Legal Policy (the "**Defendant**" or the "**government**"). We submit this letter jointly, with the Defendant, under Local Civil Rule 7.1(e) to respectfully request an order for the schedule for the government's processing of records responsive to Plaintiffs' FOIA requests, as agreed to below.

Through consultations between August 2026 to date, the parties have reduced the volume of records currently subject to processing. The Plaintiffs have agreed to delay processing of any attachments to emails and the parties have agreed that the names of the attachments will remain visible on emails unless exempt. The Plaintiffs also expressly reserve the right to challenge the adequacy of the government's searches for records responsive to the FOIA requests.

With the further removal of publicly available documents and duplicate records, the government has identified approximately 2,400 pages of potentially responsive records (the "Current Record Set"). This page volume may be reduced further as the agency continues to process the records in the Current Record Set (*e.g.*, if the agency identifies additional duplicative or publicly available records). No records have been released to date.

201 W. Main Street, Suite 402, Durham, NC 27701 | ggutierrez@aclu.org | 917-782-3324

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

The parties jointly request that the Court order that:

1. The Defendant shall process and, to the extent responsive and non-exempt, release the records in the Current Record Set, in whole or in part, on a rolling basis, beginning on or before October 30, 2026.
2. The Defendant shall complete all processing as described in paragraph 1 on or before January 18, 2027.
3. The rolling monthly responses shall occur as follows:
    a. First Tranche, consisting of the results after processing approximately 77 pages on or before October 30, 2026;
    b. Second Tranche, consisting of the results after processing approximately 600 pages on or before November 18, 2026;
    c. Third Tranche, consisting of the results after processing of approximately 300 pages on or before December 18, 2026; and
    d. Fourth Tranche, consisting of the results after processing any remaining responsive, non-exempt records in the Current Record Set on or before January 18, 2026.

   The Defendant need not include any publicly available documents in the responses described above. Any released emails will include the file names of any attachments (unless the file name is itself a demotion under FOIA), but not the attachments themselves.
4. If, in the course of its processing of the Current Record Set, the government should discover, uncover, or otherwise find additional responsive records, the government shall notify Plaintiffs promptly and the parties will confer on any necessity for an amendment of the schedule.
5. The parties shall submit monthly joint status reports within 5 days following each rolling response.
6. On or before February 1, 2027, the Plaintiffs shall identify any email attachments they seek to have processed.
7. The parties shall then promptly confer and submit a joint status report concerning the processing of any further records.

201 W. Main Street, Suite 402, Durham, NC 27701 | ggutierrez@aclu.org | 917-782-3324

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

Respectfully submitted,

By: /s/
Gitanjali S. Gutierrez
Senior Counsel
ACLU Foundation
Tel: 917-782-3324

cc: All counsel of record

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Date: October 15, 2026

The Clerk of Court is respectfully requested to close Dkt. No. 29 in Case No. 26-cv-2749 and Dkt. No. 27 in Case No. 26-cv-3746.